# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, | No. CV-18-08072-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Jefferson Sessions, et al., | |
| Defendants. | |

Based on Plaintiff's (second) Motion for Extension of Time to Serve Complaint (Doc. 27), and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted. Plaintiff shall have until the **September 24, 2018** in which to complete service on Defendants. No further extensions shall be granted absent extenuating circumstances.

Dated this 27th day of August, 2018.

_____
Honorable G. Murray Snow
United States District Judge