Katherine Belzowski, Staff Attorney
State Bar Number 031473
NAVAJO NATION DEPARTMENT OF JUSTICE
P.O. Box 2010
Window Rock, Arizona (Navajo Nation) 86515
(928) 871-6210

Paul Gattone
State Bar Number 012482
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, as a representative of Tiffany Robbins, and en parens patriae on behalf of all members of the Navajo Nation who reside in or visit the City of Winslow.<br><br>Plaintiff,<br><br>Vs.<br><br>JEFFERSON SESSIONS, Attorney General of the United States, JAMES F. FELTE, JR., Acting Chief of the U.S. Department of Justice Civil Rights Division, CITY OF WINSLOW, an Arizona municipality, FORMER WINSLOW POLICE OFFICER AUSTIN SHIPLEY, WINSLOW POLICE OFFICER ERNESTO CANO, FORMER WINSLOW POLICE CHIEF STEPHEN GARNETT, in their individual and official capacities,<br><br>Defendants. | No. CV18-08072 GMS<br><br>**MOTION FOR STAY OF PROCEEDINGS AGAINST DEFENDANT SHIPLEY** |

_____

Plaintiff, through Counsel undersigned, asks this Court to stay the proceedings against

Defendant Shipley, because they have been unable to locate him and to serve him with process. This

is not for a lack of trying and initially Plaintiff attempted to serve Defendant Shipley through waiver of summons, and this came back undelivered. At this point Counsel for Plaintiff retained an investigator to locate Defendant Shipley so that service of process could be completed. The investigator came up with two additional addresses for Defendant Shipley in Winslow, Arizona and Counsel for Plaintiff retained a private process server to complete service. However, the private process server obtained information that Defendant Shipley may have left the Winslow, Arizona area. When Counsel for Plaintiff completed service on Defendants City of Winslow and Cano he was contacted by counsel who had been retained to represent these Defendants. Counsel for Plaintiff asked if this counsel was authorized to accept service for Defendant Shipley. He indicated that he was not authorized to accept service for Defendant Shipley, and that Defendant Shipley may be in the military and may have been deployed out of the country. If this is the case, it would be extremely difficult, if not impossible for Counsel for Plaintiff to complete service on him.

As such, Counsel for Plaintiff is asking the Court to grant a stay of the proceedings against Defendant Shipley so that they can determine his location and to complete service on him. Counsel is aware that the Court has previously issued an Order indicating that there would be no further extensions of time to service Defendants but asks for this stay because they have been diligently attempting to locate and serve Defendant Shipley, and he is and essential party to this litigation and a thorough and complete conclusion of this matter is not possible without him. Now the information that Defendant Shipley may be out of the country for military service makes it extremely difficult for them to complete service on this essential party.

Based on the above, and in the interest of justice, Counsel for Plaintiffs asks this Court to grant a ninety (90) day stay of the case against Defendant Shipley so that they can proceed with the

1  litigation against the Defendants who have been served can continue to locate and serve Defendant
2  Shipley.
3
4
5
      REPECTFULLY SUBMITTED this 21st day of September 2018.
6
7
8
9        s/Katherine Belzowski
      Staff Attorney
10       Navajo Nation Department of Justice
11
12
13       s/Paul Gattone
      Paul Gattone
14       Law Office of Paul Gattone
15       Attorneys for Plaintiff
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, as a representative of Tiffany Robbins, and en parens patriae on behalf of all members of the Navajo Nation who reside in or visit the City of Winslow. <br><br> Plaintiff, <br><br> Vs. <br><br> JEFFERSON SESSIONS, Attorney General of the United States, JAMES F. FELTE, JR., Acting Chief of the U.S. Department of Justice Civil Rights Division, CITY OF WINSLOW, an Arizona municipality, FORMER WINSLOW POLICE OFFICER AUSTIN SHIPLEY, WINSLOW POLICE OFFICER ERNESTO CANO, FORMER WINSLOW POLICE CHIEF STEPHEN GARNETT, in their individual and official capacities, <br><br> Defendants. | No. <br><br> **ORDER** |

_____

Based on Plaintiff's Motion, and good cause appearing, Plaintiffs Motion for Stay of Proceedings Against Defendant Shipley is granted and the proceedings against Defendant Shipley will be stayed until the _____ day of _____, _____. If Counsel for Plaintiff is able to locate and serve Defendant Shipley prior to the end of this period, they shall file a notice to this effect with the Court.

DATED

_____

Judge of the Federal Court