IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, | No. CV-18-08072-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Jefferson Sessions, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Stay of Proceedings against Defendant Shipley (Doc. 32).  After review and consideration,

**IT IS HEREBY ORDERED** denying the Motion for Stay (Doc. 32).

**IT IS FURTHER ORDERED** setting a Status Conference for **November 2, 2018 at 9:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 15th day of October, 2018.

_____
G. Murray Snow
Chief United States District Judge