Katherine Belzowski, Staff Attorney
State Bar Number 031473
NAVAJO NATION DEPARTMENT OF JUSTICE
P.O. Box 2010
Window Rock, Arizona (Navajo Nation) 86515
(928) 871-6210

Paul Gattone
State Bar Number 012482
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, as a representative of Tiffany Robbins, and en parens patriae on behalf of all members of the Navajo Nation who reside in or visit the City of Winslow.<br><br>Plaintiff,<br><br>Vs.<br><br>JEFFERSON SESSIONS, Attorney General of the United States, JAMES F. FELTE, JR., Acting Chief of the U.S. Department of Justice Civil Rights Division, CITY OF WINSLOW, an Arizona municipality, FORMER WINSLOW POLICE OFFICER AUSTIN SHIPLEY, WINSLOW POLICE OFFICER ERNESTO CANO, FORMER WINSLOW POLICE CHIEF STEPHEN GARNETT, in their individual and official capacities,<br><br>Defendants. | No. CV18-08072 GMS<br><br>STIPULATION |

The parties, through Counsel undersigned, stipulate that Plaintiffs have until November 1, 2018 in which to respond to Defendant Sessions' and Felte's Motion to Dismiss.

REPECTFULLY SUBMITTED this 21st day of September 2018.

s/Katherine Belzowski
Staff Attorney
Navajo Nation Department of Justice


s/Paul Gattone
Paul Gattone
Law Office of Paul Gattone

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, as a representative of Tiffany Robbins, and en parens patriae on behalf of all members of the Navajo Nation who reside in or visit the City of Winslow.<br><br>Plaintiff,<br><br>Vs.<br><br>JEFFERSON SESSIONS, Attorney General of the United States, JAMES F. FELTE, JR., Acting Chief of the U.S. Department of Justice Civil Rights Division, CITY OF WINSLOW, an Arizona municipality, FORMER WINSLOW POLICE OFFICER AUSTIN SHIPLEY, WINSLOW POLICE OFFICER ERNESTO CANO, FORMER WINSLOW POLICE CHIEF STEPHEN GARNETT, in their individual and official capacities,<br><br>Defendants. | No.<br><br>**ORDER** |

Based on the parties' stipulation, and good cause appearing, Plaintiffs shall have until November 1, 2018 in which to respond to Defendant Sessions' and Felte's Motion to Dismiss.

DATED

_____
Judge of the Federal Court